# THE CIVIL BEAT
# LAW CENTER FOR THE PUBLIC INTEREST

700 Bishop Street, Suite 1701  
Honolulu, HI 96813

Office: (808) 531-4000  
info@civilbeatlawcenter.org

**VIA U.S. MAIL**

Letter

July 27, 2021

The Honorable Derrick K. Watson  
United States District Court  
   for the District of Hawai`i  
300 Ala Moana Blvd.  
Honolulu, HI 96850

RE:   *In re Civil Beat Law Center for the Public Interest,*  
     Misc. No. 21-00298 DKW-KJM  
     **Request for Continuance of Hearing on Motion to Unseal**

Dear Judge Watson:

Today, Movant Civil Beat Law Center for the Public Interest received the Court's Notice of Hearing for September 1 at 9 a.m. Movant's counsel has a summary judgment hearing already scheduled at that time, and counsel for Respondent Norman L. Akau, III will be out of the country until September 18.

I request a continuance of the hearing to a date convenient for the Court after September 19. Respondents do not object to this request.

Respectfully,

R. Brian Black

cc:    Counsel for Respondents (*via e-mail*)