# MINUTES

| | |
|---|---|
| CASE NUMBER: | MC 21-00298 DKW-KJM |
| CASE NAME: | In Re: Civil Beat Law Center For The Public Interest |
| ATTYS FOR MOVANT: | Robert Brian Black |
| RESPONDENT: | Ronald Richards, by video teleconference |
| AUSA: | Michael Nammar |

| | | | |
|---|---|---|---|
| JUDGE: | Derrick K. Watson | REPORTER: | Gloria Bediamol |
| DATE: | 9/23/2021 | TIME: | 9:00 AM - 9:15 AM |

COURT ACTION:  EP: Hearing on [1] Motion to Unseal Memorandum of Plea Agreement held.

Oral arguments heard.

[1] Motion to Unseal Memorandum of Plea Agreement - Taken Under Advisement.

Submitted by: Agalelei Elkington, Courtroom Manager